RECEIVED
FEB 21 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DOUBLE EAGLE ENERGY SERVICES, L.L.C. | CIVIL ACTION 1:18-CV-00573 |
| VERSUS | JUDGE DRELL |
| MARKWEST UTICA EMG, L.L.C., et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law; but finding that the dismissal should be without prejudice, it is hereby

ORDERED that Defendants' Motion to Dismiss Complaint (Doc. 6) is GRANTED for lack of jurisdiction and this action is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 19th day of February 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE